UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
ABRAHAM BAGINSKY,

                    Plaintiff,

           -against-

ZYNGA, INC.,

                    Defendant.
-------------------------------------------------------- x

1:25-cv-01992 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

On May 21, 2025, Defendant Zynga Inc. filed a letter with this Court requesting a pre-motion conference on a proposed motion to compel arbitration.  ECF No. 11.  Today, Plaintiff Baginsky requested a Clerk's Certificate of Default against Defendant, arguing that it has not responded to the amended complaint because a pre-motion conference is not required for a motion to compel arbitration.  *See* ECF Nos. 16–17.  This is not so.  Per this Court's Individual Rules, a pre-motion conference is required before making any motion except petitions to confirm arbitration.  This exception does not apply to *motions* to compel arbitration.  Accordingly, Defendant has responded to the amended complaint and is not in default. The Clerk of Court is respectfully directed not to issue the proposed certificate at ECF No. 16.

As Plaintiff has yet to respond to the arguments raised in Defendant's original letter motion, Plaintiff is **ORDERED** to so by **May 30, 2025**.

**SO ORDERED.**

**Dated: May 28, 2025**
       New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**