**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**ABRAHAM BAGINSKY,**

**Plaintiff,**

**-against-**

**ZYNGA, INC.,**

**Defendant.**

---------------------------------------------------------- x

**1:25-cv-01992 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On July 24, 2026, Plaintiff's counsel filed a letter with the Court indicating Plaintiff terminated his engagement with counsel's firm and indicated his intention to pursue his action in arbitration with other counsel or *pro se*. *See* ECF No. 32. As such, Plaintiff's counsel is **ORDERED** to file a motion to withdraw by **July 31, 2026.**

**SO ORDERED.**

**Dated: July 28, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**