**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **ABRAHAM BAGINSKY,** <br> **Plaintiff,** <br> **-against-** <br> **ZYNGA, INC.,** <br> **Defendant.** | : | **1:25-cv-01992 (ALC)** <br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On July 30, 2026, Plaintiff's counsel filed a motion to withdraw, indicating that following this Court compelling arbitration, Plaintiff has advised counsel to discontinue further participation in this matter and to withdraw as counsel of record. *See* ECF No. 34. The Court is inclined to grant the motion to withdraw. However, prior to ruling on this motion the Court seeks further clarification. Plaintiff's counsel should clarify if Plaintiff is proceeding in arbitration, and if so, do both Plaintiff and Defendant want this matter stayed or discontinued? The Parties are directed to submit a joint status report by **August 12, 2026**.

**SO ORDERED.**

**Dated: August 6, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**