**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ABRAHAM BAGINSKY,**<br>**Plaintiff,**<br>**-against-**<br>**ZYNGA, INC.,**<br>**Defendant.** | **1:25-cv-01992 (ALC)**<br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's counsel's letter in response to this Court's order for Plaintiff's counsel to clarify whether Plaintiff is proceeding in arbitration and if so, whether the case should be stayed or discontinued following the ruling on the motion to withdraw. *See* ECF N. 36. As noted in the letter, Plaintiff has instructed counsel not to act further on his behalf, Plaintiff's current plan regarding arbitration and whether this action should be stayed or discontinued is unknown. *See id*. Defendant's position is that this matter should remain stayed.

As such, this case should remain STAYED. The Parties are ordered to continue to provide a joint status report every 60 days with the next report due by **October 13, 2026**. Plaintiff's counsel's motion to withdraw is being granted by separate order.

**SO ORDERED.**

**Dated: August 13, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**