**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**ABRAHAM BAGINSKY,**

**Plaintiff,**

**-against-**

**ZYNGA, INC., and TAKE-TWO INTERACTIVE SOFTWARE, INC.,**

**Defendants.**

---------------------------------------------------------- x

**1:25-cv-01992-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the joint status report filed by the parties on October 13, 2026. *See* ECF No. 40.

The Court will conduct a telephone status conference in this action on **October 29, 2026**, at **11:00am**. The parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated: October 20, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**