**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**ABRAHAM BAGINSKY,**

**Plaintiff,**

**-against-**

**ZYNGA INC. and TAKE-TWO INTERACTIVE SOFTWARE, INC.,**

**Defendants.**

---------------------------------------------------------- x

**25-cv-01992 (ALC)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a change in the Court's schedule, the telephonic status conference previously scheduled for October 29, 2026, is **ADJOURNED** to **November 6, 2026, at 4:00 p.m.** The parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the time and date specified above. Further, the Court **ORDERS** Defendants to notify Plaintiff of this change.

**SO ORDERED.**

**Dated:** **October 28, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**