**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUANDELL HICKMAN,<br><br>Plaintiff,<br><br>-against-<br><br>C.O. ENDEAVER, et al.,<br><br>Defendants. | 24-CV-2082 (RA) (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

As discussed at the November 5, 2026 Preliminary Settlement Call, Plaintiff is directed to ask his daughter, Ms. Hickman, if she is willing to assist the Court in scheduling future calls with Plaintiff. If Ms. Hickman consents, she is directed to send a letter with her phone number and email address to Chambers at the following address: ATTN Magistrate Judge Hon. Ona T. Wang. Daniel Patrick Moynihan United States Courthouse 500 Pearl St. New York, NY 10007-1312

The Court will then file Ms. Hickman's letter on the docket under seal visible only to the Court.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 10, 2025
New York, New York